IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02766-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

104 MISCELLANEOUS FIREARMS,

Defendant(s).

## ORDER REGARDING
## PLAINTIFF UNITED STATES OF AMERICA'S MOTION FOR ORDER DIRECTING [CLAIMANT] MR. [KARL] PAYNE TO CEASE FROM SENDING INAPPROPRIATE COMMUNICATIONS TO COUNSEL FOR THE GOVERNMENT (DOCKET NO. 76)

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on Plaintiff United States of America's Motion for Order Directing [Claimant] Mr. [Karl] Payne to Cease from Sending Inappropriate Communications to Counsel for the Government (docket no. 76). The court has reviewed the subject motion (docket no. 76) which includes attachments 1-6, inclusive. In addition, the court has taken judicial notice of the court file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and Order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

  1. That I have jurisdiction over the subject matter and over the parties to this lawsuit;

2

2. That venue is proper in the state and District of Colorado;

3. That each party has been given a fair and adequate opportunity to be heard;

4. That D.C.COLO. LCivR 7.1 C, states, in pertinent part: ". . . Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed;"

5. That Claimant Karl Payne had court appointed counsel who has since been allowed to withdraw. See docket no. 55;

6. That Claimant Karl Payne is now representing himself pro se as of May 4, 2011;

7. That Claimant Karl Payne has sent numerous e-mails to Assistant United States Attorney (AUSA) Tonya Andrews in the early morning hours and often on weekends. Most of these e-mails that Claimant Karl Payne has sent to AUSA Andrews are not seeking specific types of discovery or have any relevancy to the merits of this case but are instead harassing, personal, and threatening. (See docket no. 65, Attachment 1, pages 2-3, and Attachments 2, 3, 4, 5, and 6);

8. That on July 2, 2011, over the Fourth of July holiday weekend, Claimant Karl Payne sent the following e-mail to AUSA Andrews:

> I DO NOT KNOW IF YOU BELIEVE IN HEAVEN, HELL OR PURGATORY. I DO! AND, WHAT YOU ARE DOING HERE WILL SURELY REFLECT ON WHERE YOU END

3

UP. YOU KNOW THE TRUTH AND ARE HIDING IT! YOU CAN CONVINCE THOSE ON THIS EARTH BUT NOT GOD.

FOR WHAT YOU HAVE DONE TO OUR LIVES AFTER YOU KNEW WE DID NOTHING WRONG, I WISH I COULD CAUSE YOU THE SAME HARM YOU HAVE CAUSED TO OUR LIVES. . . .

See docket no. 65, Attachment 6;

9. That Claimant Karl Payne has sent 96 e-mails to AUSA Andrews, the majority of which have nothing to do with discovery or the merits of this case but are instead harassing, personal, and threatening;

10. That I have previously admonished Claimant Karl Payne at the Rule 16 Scheduling Conference on June 28, 2011, that he should refrain from making any more statements of a personal nature to AUSA Andrews. See record of Rule 16 Scheduling Conference before Magistrate Judge Watanabe on June 28, 2011; and,

11. That this a Civil Forfeiture case involving 104 miscellaneous firearms.

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law this court **ORDERS**:

4

1. That Plaintiff United States of America's Motion for Order Directing [Claimant] Mr. [Karl] Payne to Cease from Sending Inappropriate Communications to Counsel for the Government (docket no. 76) is **GRANTED**;

2. That Claimant Karl Payne shall cease and desist all e-mail and telephone (including voice mail) communications with Counsel for the Government;

3. That Claimant Karl Payne shall cease and desist from sending any communications to Counsel for the Government with inappropriate content, including any personal harassing type statements or threatening type statements about Counsel for the Government and statements unrelated to this case;

4. That Claimant Karl Payne shall transmit all communications to Counsel for the Government by filing such communications with the court; and

5. That each party shall pay their own attorney fees and costs for this motion.

Done this 12th day of July, 2011.

BY THE COURT

s/Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE