IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02766-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

104 MISCELLANEOUS FIREARMS,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to be Excused from August 30, 2011 Hearing Concerning Orders to Show Cause, DN 107, filed with the Court on August 25, 2011, is GRANTED.   Counsel for the Claimant, Barrett Weisz, and Ms. Rehm are excused and do not need to appear at the August 30, 2011, 10:00 a.m. hearing.

Date: August 26, 2011