IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02766-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

104 MISCELLANEOUS FIREARMS,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion for Leave Not to Appear at Show Cause Hearing and Second Notice of Potential Settlement Conference Dates, DN 117, filed with the Court on September 19, 2011, is GRANTED. Counsel for the Claimant, Barrett Weisz, and Ms. Rehm are excused and do not need to appear at the September 22, 2011, show cause hearing.

Date: September 19, 2011