IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02766-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

104 MISCELLANEOUS FIREARMS,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Claimant Payne's Pro Se Motion to File Amended Cross Claim (docket no. 98) and Claimant Payne's Pro Se Motion to File an Amended Counterclaim (docket nol 91) are both GRANTED.  The Co-Claimant Marie Rehm and the Plaintiff USA have both failed to file any timely response to either docket nos. 98 and 91 and this court deems both motions confessed.  Pro Se Claimant Payne shall file his Amended Answer, Counterclaim and Crossclaim with the court and serve a copy upon the Plaintiff USA and upon the Pro Se Co-Claimant Marie Rehm on or before October 25, 2011.

It is FURTHER ORDERED that Plaintiff USA's Motion to Strike Answer (docket no. 71) is MOOT based upon this court's ruling above on docket nos. 98 and 91 and therefore DENIED.

Date:  October 5, 2011