**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 25, 2011 |
| Court Reporter: Janet Coppock | Time: 32 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 10-cv-02766-PAB-MJW-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | James Anderson |
| Plaintiff, | |
| vs. | |
| **KARL PAYNE,** | Richard Stuckey |
| | Investigator Kelly Carpenter |
| Defendant. | |

**STATUS CONFERENCE**

**1:34 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present.

Opening statements by the Court.

Defendant was cited for contempt of Court and advised by Magistrate Judge Michael J. Watanabe on September 22, 2011.

Page Two
10-cv-02766-PAB-MJW
October 25, 2011

**ORDERED:** The Court dismisses the aspect of the citation dealing with civil contempt and the defendant is advised that the Court will proceed with criminal contempt citation on the basis of 18 U.S.C. § 401 and Federal Rule of Criminal Procedure 42.

Comments by Mr. Stuckey.

Comments by Mr. Anderson.

**ORDERED:** Government's Motion Regarding Penalty For Contempt (Doc #146), filed 10/25/11 is **GRANTED**.

Discussion regarding trial setting and time needed to complete the trial.

**ORDERED:** Trial to the Court scheduled for **December 14, 2011 at 8:00 a.m.**

**ORDERED:** Counsel directed to contact chambers and schedule a trial preparation conference if they determine a need for such hearing.

**ORDERED:** Defendant is directed to Magistrate Judge Shaffer's courtroom for a bond hearing.

**2:06 p.m.    COURT IN RECESS**

**Total in court time:        32 minutes**

**Hearing concluded**