IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02766-PAB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

104 MISCELLANEOUS FIREARMS,

    Defendants.

## ORDER

This matter comes before the Court on the Government's Motion to Dismiss Contempt Proceedings Against Karl Payne [Docket No. 179]. This Court appointed Assistant United States Attorney James Anderson from the District of Wyoming to prosecute the criminal contempt proceedings against Karl Payne. The contempt proceedings came before the Court on the Certification of Facts Pursuant to 28 U.S.C. § 636(e) [Docket No. 133] filed by Magistrate Judge Michael J. Watanabe.

The government indicates in the motion to dismiss that, given the parties to the underlying forfeiture case have reached a settlement of all disputes, "it would be in the best interests of justice" to dismiss the contempt matter. Docket No. 179 at 2. In the exercise of its discretion as to whether to dismiss the contempt charges, the Court finds that it is in the interests of justice to grant the government's request. *See* 3A Charles Wright, Nancy King, and Susan Klein, *Federal Practice & Procedure*, § 710 (3d ed.

2004) ("Because of the discretionary control of the court over contempt proceedings it may dismiss on its own motion such a proceeding before trial."). Wherefore, it is

ORDERED that the Government's Motion to Dismiss Contempt Proceedings Against Karl Payne [Docket No. 179] is granted. The criminal contempt charges against Karl Payne, which are the subject of the Certification of Facts Pursuant to 28 U.S.C. § 636(e) [Docket No. 133], are dismissed. It is further

ORDERED that the hearing set for December 20, 2011 at 3:30 p.m. is VACATED.

DATED December 19, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge