IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02766-PAB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

104 MISCELLANEOUS FIREARMS,

    Defendants.

---

**ORDER**

---

This matter comes before the Court on plaintiff United States' unopposed motion to dismiss without prejudice [Docket No. 184]. The United States commenced this action *in rem* pursuant to 18 U.S.C. § 924(d). The United States and claimants Karl V. Payne, Jr. and Marie Rehm have entered into a Settlement Agreement, which has been filed with the Court. *See* Docket No. 178. Mr. Payne and Ms. Rehm are the only two persons who filed claims. The United States and claimants agree that this case should be dismissed without prejudice in light of their Settlement Agreement. Wherefore, it is

**ORDERED** that plaintiff's Unopposed Motion to Dismiss Without Prejudice [Docket No. 184] is GRANTED. This case is dismissed without prejudice in its entirety, the parties to bear their own costs and fees. It is further

**ORDERED** that a Certificate of Reasonable Cause, which this order constitutes, is granted pursuant to 28 U.S.C. § 2465.

DATED December 22, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge